# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

U.S.A. vs. Raymond Dinkins, Jr.                                    Docket No. 2:00-CR-26-1

### Petition for Action on Supervised Release

COMES NOW Kevin L. Connolley, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Raymond Dinkins, Jr., who, upon an earlier plea of guilty to Armed Bank Robbery, 18 U.S.C. §2113 (a)(d), and Use of a Firearm During a Crime of Violence, 18 U.S.C. §924 (c)(1)(A), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 31, 2001, to the custody of the Bureau of Prisons for a term of 135 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

Raymond Dinkins, Jr. was released from custody on August 20, 2010, at which time the term of supervised release commenced. He is currently being supervised by our counterparts in the Eastern District of Virginia.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Dinkins' probation officer, Mr. Thomas A. Ramirez, has indicated the defendant has paid all financial obligations ordered by the court. USPO Ramirez is recommending the court remove the special condition directing the defendant provide the probation office with access to any requested financial information, and the condition directing the defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer. Further, to address a detected potential problem stemming from alcohol consumption, USPO Ramirez has recommended the court add a special condition directing the defendant abstain from the consumption of any alcohol during the period of supervision. We concur with USPO Ramirez's recommendation. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

Raymond Dinkins
Docket No. 2:00-CR-26-1
Petition For Action
Page 2

      **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall refrain from the consumption of any alcohol during his period of supervised release.

2. The special conditions directing the defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office, and provide the probation office with access to any requested financial information, are removed.

      Except as herein modified, the judgment shall remain in full force and effect.

      I declare under penalty of perjury that the foregoing is true and correct.

      /s/ Kevin L. Connolley
      Kevin L. Connolley
      Supervising U.S. Probation Officer
      2 Princess Street
      Wilmington, NC 28401
      Phone: 910-815-4510, extension 204
      Executed On: June 9, 2011

## ORDER OF COURT

Considered and ordered this ___9___ day of ___June___, 2011, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge